

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00335-CV

## IN RE THE STATE OF TEXAS

### Original Proceeding

### From the 77th District Court
### Freestone County, Texas
### Trial Court No. CV23218

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus was filed on October 31, 2023. Relator now moves to dismiss the petition.

Relator's motion to dismiss is granted, and the petition is dismissed. *See* TEX. R. APP. P. 42.1. Relator is exempt from costs.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed December 14, 2023
[CV06]